KEITH A. ATTLESEY (Bar No. 168470)
ATTLESEY|STORM
2552 Walnut Avenue #100
Tustin, CA 92780
(714) 508-4949

ARMEN R. VARTIAN (Bar. No. 155766)
LAW OFFICES OF ARMEN R. VARTIAN
1601 N.Sepulveda Blvd. #581
Manhattan Beach, CA 90266
(310) 372-1355
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

COLLECTORS UNIVERSE, INC.
        Plaintiff,        ) Case No.: 15-cv-01069
                               )
  vs.                      ) NOTICE OF VOLUNTARY
                               ) DISMISSAL UNDER FRCP
K3B, INC.,               ) 41(a)(1)(A)(i)
        Defendant.       ))

    Plaintiff COLLECTORS UNIVERSE, INC. hereby gives notice that it is dismissing this action against Defendant without prejudice pursuant to FRCP 41(a)(1)(A)(i), Defendant having neither answered nor moved for summary judgment.

Dated: September 14, 2015

                LAW OFFICES OF ARMEN R. VARTIAN
                By: _s/Armen R. Vartian_____

NOTICE OF DISMISSAL - 1